IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONNIE A. HULETT, and
LYNN HULETT, individually, and
for the Estate of Ronnie A. Hulett, and
as the mother and next friend to Thomas
Ray Hulett, the minor son of Ronnie
Hulett.

   Plaintiffs,

vs.                Civ. No. 02-0237 WJ/WWD ACE

UNITED STATES OF AMERICA,

   Defendant.

## MEMORANDUM OPINION

  This matter comes before the Court *sua sponte* following a non-binding arbitration between the parties which was conducted at the request of the parties. At the proceeding it was the sense of the Court that the New Mexico Medical Malpractice Act would be applied in this matter and that only one incident of medical malpractice was involved.

               _____
               **UNITED STATES MAGISTRATE JUDGE**